No. 02–797.  HANLON ET AL. *v.* SHOMEN KUNG CHIA ET AL. Ct. App. Cal., 1st App. Dist.  Certiorari denied.

No. 02–800.  ARROW COMMUNICATION LABORATORIES, INC., DBA ARCOM, ET AL. *v.* EAGLE COMTRONICS, INC.  C. A. Fed. Cir. Certiorari denied.

No. 02–802.  ERWIN *v.* OREGON ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 02–805.  BROKASKI *v.* DELCO SYSTEMS OPERATIONS ET AL. C. A. 9th Cir.  Certiorari denied.

No. 02–830.  BROTHERHOOD OF MAINTENANCE OF WAY EMPLOYES *v.* BURLINGTON NORTHERN & SANTA FE RAILWAY CO. ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 02–849.  BLUFF *v.* UTAH.  Sup. Ct. Utah.  Certiorari denied.

No. 02–870.  THOMAS *v.* LOS ANGELES TIMES COMMUNICATIONS LLC ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 02–873.  FISHER *v.* NEW JERSEY.  C. A. 3d Cir.  Certiorari denied.

No. 02–881.  SMITH ET UX. *v.* UNITED PARCEL SERVICE, INC., ET AL.  C. A. 11th Cir.  Certiorari denied.

No. 02–885.  ARKANSAS *v.* KEENOM.  Sup. Ct. Ark.  Certiorari denied.

No. 02–912.  NORTON ET AL. *v.* ASHCROFT, ATTORNEY GENERAL, ET AL.  C. A. 6th Cir.  Certiorari denied.

No. 02–950.  BASS *v.* UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 02–952.  HARDING *v.* UNITED STATES.  C. A. 11th Cir. Certiorari denied.